UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN T. SMITH and JONATHAN C. CALIANOS,

    Plaintiffs,

v.                                                           Case No:   2:11-cv-676-FtM-29DNF

BANK OF AMERICA, N.A. and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

    Defendants/Third Party Plaintiffs
SMITHCAL REALTY TRUST and
SMITHCAL REALTY TRUST,

Third Party Defendants
_____

## ORDER

This cause is before the Court on attorney Kathleen H. Dooley's Unopposed Motion for Admission Pro Hac Vice (Doc. 117) filed on November 11, 2013, and attorney J. Curtis Griner's Motion to Proceed Pro Hac Vice (Doc. 118) filed on November 11, 2013.   Attorneys Kathleen H. Dooley and J. Curtis Griner are requesting that they be permitted to appear specially for the Defendant, Bank Of America, N.A. and Defendant, Mortgage Electronic Registration Systems, Inc.   The Court will allow Kathleen H. Dooley and J. Curtis Griner to appear specially.

**IT IS HEREBY ORDERED:**

1) The Unopposed Motions for Admission Pro Hac Vice (Doc. 117, and 118) are hereby **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, Attorney Kathleen H. Dooley, and J. Curtis Griner shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee.

3) The Clerk is directed to add Kathleen H. Dooley and J. Curtis Griner to the service list.

4) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

**DONE** and **ORDERED** in Fort Myers, Florida on November 12, 2013.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties